## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UROS VUJOVIC,

     Petitioner,

v.                            No. 1:26-cv-00171-MLG-JMR

KRISTI NOEM, Secretary, Department of
Homeland Security; MARY DE ANDA-YBARRA,
Director, El Paso Field Office, Immigration and
Customs Enforcement; and GEORGE DEDOS,
Warden, Torrance County Detention Center,

     Respondents.

## ORDER OF REFERRAL

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849, 851 (10th Cir. 1990), Petitioner's Motion to Enforce the Court's February 11, 2026 Order, Doc. 11, is referred to Magistrate Judge Jennifer M. Rozzoni to conduct hearings, if warranted, and to perform any legal analysis required to recommend an ultimate disposition of the motion. Judge Rozzoni shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis, and disposition as described in § 636(b)(1). Objections shall be filed within fourteen (14) days of the date of entry of the proposed disposition.

     It is so ordered.

                                      UNITED STATES DISTRICT JUDGE
                                      MATTHEW L. GARCIA

1