**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UROS VUJOVIC,

Petitioner,

v. No. 1:26-cv-00171-MLG-JMR

MARY DE ANDA-YBARRA, Director, El Paso Field Office, Immigration and Customs Enforcement; GEORGE DEDOS, Warden, Torrance County Detention Center; MARKWAYNE MULLIN, Secretary, Department of Homeland Security,

Respondents,

Consolidated with:

UROS VUJOVIC,

Petitioner,

v. No. 1:26-cv-01430-MLG-JMR

MARY DE ANDA-YBARRA, Director, El Paso Field Office, Immigration and Customs Enforcement; GEORGE DEDOS, Warden, Torrance County Detention Center; MARKWAYNE MULLIN, Secretary, Department of Homeland Security,

Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE ROZZONI'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on Petitioner Uros Vujovic's Motion to Enforce Judgment ("Motion to Enforce"), Doc. 11. Pursuant to the Court's Order of Referral, Doc. 16, Magistrate Judge Jennifer M. Rozzoni filed her Proposed Findings and Recommended Disposition ("PFRD") on August 25, 2026. Doc. 17. Judge Rozzoni recommends denying the Motion to Enforce. *Id.* at 2, 12.

The PFRD notified the parties of their ability to file objections within fourteen days and warned them that failure to timely file objections would waive appellate review. *Id.* at 12. Neither party filed objections by the September 8, 2026, deadline. Having reviewed the PFRD, and given the lack of objection, the Court finds no reason either in law or fact to depart from Judge Rozzoni's PFRD and will adopt the conclusions memorialized therein.

Accordingly, the PFRD, Doc. 17, is adopted and the Motion to Enforce, Doc. 11, is denied.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA